UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>     Plaintiff,<br><br>  v.<br><br>R. WEISS,<br><br>     Defendants. | No. 2:23-cv-0346 SCR P<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed this civil rights action under 42 U.S.C. §1983. By order filed on May 21, 2024, the magistrate judge previously assigned to this case screened plaintiff's first amended complaint, found it failed to state a claim, and dismissed the first amended complaint with leave to amend. (ECF No. 13.) On July 15, 2024, plaintiff was granted an extension of time of 60 days to file the second amended complaint. (ECF No. 15.)

The time period granted for plaintiff to amend has expired and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Plaintiff will be given one more opportunity to do so within 14 days. Plaintiff is warned that failure to file a second amended complaint or otherwise respond will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

////

In accordance with the above, IT IS ORDERED that within 14 days of the date of this order, plaintiff shall file one of the following: a second amended complaint, a notice of voluntary dismissal, or a notice of election to stand on the first amended complaint as pleaded.

DATED: October 31, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE